THE PEOPLE, Respondents, *v.* DOMINGO PERALTA,
Appellant.

Appeal from the Court of Sessions of the County of Contra Costa, upon an indict-
ment of defendant for assault and battery to the District Court. Held, that the
District Court has no appellate power.

APPEAL from the District Court of the Seventh Judicial Dis-
trict.

Per MURRAY, Chief Justice, HEYDENFELDT, Justice, concur-
ring.

The defendant was convicted of an assault and battery in the
Court of Sessions. He appealed to the District Court, where
the judgment was affirmed.

We have decided at this term, in Caulfield *v.* Hudson, that
the District Court has no appellate power. It was therefore
error to take jurisdiction.

The judgment of affirmance in the District Court is reversed,
and the appeal from the Court of Sessions to the District Court
is dismissed.

Let the costs abide the final result.